UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAZARO BURGOS REYES, 20603582,

v.  ORDER
 07-CV-779

SHERIFF THOMAS BEILEIN, et al.,

                Defendants.

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A). On April 30 and May 3, 2010, defendants filed motions for summary judgment. On November 15, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motions for summary judgment be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motions for summary judgment are granted.

The Clerk of Court shall take all steps necessary to close this case.

SO ORDERED.

          *s/ Richard J. Arcara*
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT JUDGE

DATED: December 23, 2010